UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INSIGHT TERMINAL ) | CHAPTER 11 |
| SOLUTIONS, LLC, ET AL. ) | (Jointly Administered) |
| ) | |
| Debtor. ) | CASE NO. 19-32231-JAL |
| ) | |
| ) | |
| ) | |

**NOTICE OF APPEAL OF ORDERS DENYING MOTION TO STAY 2004
PROCEEDINGS AND GRANTING MOTION TO COMPEL
VIDEO DEPOSITION OF SIERRA CLUB REPRESENTATIVE(S)**

**PLEASE TAKE NOTICE** that Sierra Club[1] hereby appeals to the U.S. District Court for the Western District of Kentucky under 28 U.S.C. § 158(a)(3) and Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 8004, the *Order Denying Motion to Stay 2004 Proceedings in the Bankruptcy Court Pending District Court's Resolution of Sierra Club's Motion to Withdraw the Reference* [Doc. 599] (the "Denial Order") and the Order *Granting Debtor's Motion to Compel Rule 2004 Video Deposition of Sierra Club Representative(s)* [Doc. 600] (the "Compel Order", together with the "Denial Order," the "Orders") entered on February 13, 2026 by the U.S. Bankruptcy Court for the Western District of Kentucky. The Orders are attached hereto as Exhibits A and B, respectively.

**PLEASE TAKE FURTHER NOTICE THAT** Sierra Club has filed herewith a motion for leave to appeal under 28 U.S.C. § 158(a)(3) and Bankruptcy Rule 8004.

---

[1] Debtor's Motion refers to both "Sierra Club" and its "Utah Chapter." There is only a single Sierra Club corporate entity, incorporated in California, which includes the Utah Chapter.

Respectfully submitted,

*/s/ Charity S. Bird*
CHARITY S. BIRD
J. GABRIEL DENNERY
**Kaplan Johnson Abate & Bird, LLP**
710 West Main Street, Fourth Floor
Louisville KY 40202
Telephone: 502-540-8285
Facsimile: 502-540-8282
E-mail: cbird@kaplanjohnsonlaw.com
E-mail: gdennery@kaplanjohnsonlaw.com
*Counsel for Sierra Club*

## CERTIFICATE OF SERVICE

      It is hereby certified that on February 26, 2026, a true and correct copy of the foregoing was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

                                            */s/Charity S. Bird*
                                            CHARITY S. BIRD